1056

[No. 73619-1-I. Division One. July 17, 2017.]

JUSTIN M. ROBINSON, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-26683-9, Carol A. Schapira, J., entered June 17, 2015. *Remanded with instructions* by unpublished opinion per Becker, J., concurred in by Schindler and Mann, JJ.

[No. 74358-9-I. Division One. July 17, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. HAI MINH NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-06211-3, Mary E. Roberts, J., entered November 24, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Verellen, C.J., concurred in by Leach and Spearman, JJ.

[No. 74815-7-I. Division One. July 17, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR E. BENSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-1-00650-3, Ellen J. Fair, J., entered February 10, 2016. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Verellen, C.J., concurred in by Leach and Spearman, JJ.

[No. 75155-7-I. Division One. July 17, 2017.]

*In the Matter of the Marriage of* JOHN GREGORY, *Appellant*, and JENNIFER GREGORY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-3-08323-1, Chad Allred, J., entered March 15, 2016. *Affirmed* by unpublished opinion per Leach, J., concurred in by Verellen, C.J., and Spearman, J.